## To the United States District court of Washington

### Case No. C13-0462JLR-RSL

Plaintiff,

VOLTAGE PICTURES, LLC

v.

DOES 1-18

## ORDER GRANTING LEAVE PRELIMINARY DISCOVERY

Ladies and Gentlemen I bid you welcome,

This is a formal if you wish, Reply to the subpoena formally sent to our address at:

1019 MCDONALD AVE

 APT. C

SNOHOMISH, WASHINGTON 98290-2279



13-CV-00462-DECL

I address the issue at hand in hopes of clearing up and or bringing forth actions against Voltage Pictures.LLC,

I have read and understand that a company Named Voltage Pictures,LLC, Has made a bold move in which it claims that Janet L. Armstrong has violated their copyright holdings on Valentine's Day 2/14/2013 at 6:41:21PM,

First let me state for the record that we went to the site of Voltage Pictures,LLC, to see their catalog of movies that she is accused of stealing,

There is not one title on the site that either myself or Janet L. Armstrong recognized little lone could find any interest in as we are both in our 50's and our taste is not the same as those who would call these titles entertainment,

If this had been a site that held Coronation Street or maybe the 1960's Avengers Television Series with my favorite MRS. PEEL, Possibly even the show that showcases Antiques as The traveling Road Show, We might have considered it...

I digress my dear people,

The Entertainment as these people so blatantly put it is nothing our interests could in the least want to watch as it entails violence of which I have witnessed most of my life and avoid as much as possible because it brings forth emotions that make me wish to feel the same,

Janet L. Armstrong also is not a person to view aggressive matter when trying to be entertained,

I submit that ...s/Richard J. Symmes...The Attorney signed off on the order for the courts to bring a laptop since Janet L. Armstrong has one and has no formal knowledge of smart phones or tablets, It must contain the Operating System by Microsoft Named ...WINDOWS XP SERVICE PACK 3...As this is the only operating system she is familiar with.

I then request that..s/Richard J Symmes/ ..Load any program he feels would achieve this task of getting her to this file or files and tell her to access it for him in the witness of others,

You will find that she is illiterate in the knowledge of how to use little lone access these files we welcome any demonstration that Voltage Pictures,LLC , wishes to make to achieve this task and make it as public as possible to show that they are accusing a person who has no the ability to achieve these goals,  She can play hidden object games, she can check her email, she can browse the Internet, A typical consumer.

At the time of this incident we both had other problems to deal with as Janet L. Armstrong had been let go from her job and we were facing how to deal with our income as I am a disabled Veteran with a fixed income, We only had a 300k download limit speed at this time making it rather hard to deal with such large files as this movie would have posed,...... Let me introduce myself

My name is Eddy J. Homer,

I cohabitate this dwelling and in defense of Janet L Armstrong must speak up for her as she is at a loss and would let Voltage Pictures ,LLC walk over her as a bulldozer would push down a tree,

To the point, I have been and continue to a battle with the Minority Law that Washington State Voters   implemented in the 1990's, Through a minority Governor then Governor Gary Locke...

In 1995 I was forced from Edmonds Community College by this law after only one quarter; I Was refused my Civil Rights and my Constitutional Rights to be a free man,

This law targeted and forced whites from the school system, I was a Veteran under Chapter 31 retraining because of a back injury in The U.S. Army of which I served 9 and ½ years honorably, I was attending first quarter prerequisites when the call came to re register for next quarter,

I left my class and joined the line in which one registers for their next classes when a white female jumps from her chair says go to the back of the bus and starts laughing hysterically, I asked her I beg your pardon to which she said blacks had got the vote and get out of her line that no whites would sign up for classes until all minorities had done so,

I told her I was a Veteran under chapter 31 disability agreement With Edmonds Community College,Her reply was she could care less if I was the man on the moon or who I was, I was white and get out of her line she would not register me because I was white,

The state of Washington then proceeded to threaten me with sanctions if I did not start paying my child support in short order,

This law in Washington State Effected myself ...From 1995-2001 when it was voted down and removed,

I was forced back to my old job that Veteran's Administration felt I should not continue in to stop further damage to my back injury acquired in the military service,

In 1999 I fell from a Hoist at Terry's Transmissions, In Marysville Washington, It ended my career and my future, It ended my families future, It ended my ability to live the American Dream..

Just so some racially charged Law could be born and the Governor got a feather in his cap,

The organization of the ACLU refuses to this day to address the law and how it affected whites in Washington State, The ACLU refuses to address anything dealing with the Civil Rights of Whites in Washington State even though they hire Whites to defend their purpose, I spoke to a representative as recently as April 22 2013 and was rebuffed by a female named ERICA who is with their legal department stating is was a matter of disability and not my Civil Rights,

Since when does being refused school retraining as a disabled Veteran under chapter 31 disability because of A LAW FORCING WHITES FROM THE SCHOOL SYSYEM BECOME A DISABILITY ISSUE?

I have been and continue to fight to get Washington State to admit and compensate whites, who were refused their Civil Rights as Americans and taxpayers of the State Of Washington, Not once has Washington State openly or in any stance addressed the fact that only White Veterans were denied while Veterans of every other group were allowed, Never once has this State Apologized to any white person for taking our taxes and not allowing us the rights our Federal and State tax dollars paid for to the tune of 8 years!

Enough about me!

This order to receive records shows they request the records for I.P ADDRESS 50.135.122.111 2/14/2013 AT 06:41:21 PM ON 2/14/2013 Gives them that specific moment in time and no other access to any further records ,

Any record one moment before or after this given time is a breach of contract agreed to by Comcast Service Provider and its customer base since this is specifically stated and requested by the party of Voltage Pictures ,LLC,

Any records other than this will be considered illegally released information from Comcast to Voltage Pictures ,LLC, Resulting in a Civil Suit for misappropriation of information without proper court order,

On the date of May 22, 2013 which this order is to go into effect by Voltage Productions ,LLC,

I on the part of Janet L. Armstrong request that Voltage Pictures.LLC produce court documents proving that Voltage pictures has a Court Order of the United States to enter the sites in question to collect I.P. Addresses for the purpose of this Civil Suit, Dating prior to the action now being taken,

Since it requires them a Court Order to request Janet L. Armstrong's records, it must also require a court order to gain entry to the sites knowing they planned to use this information in the process of prosecuting people in a court of law,

If Voltage Pictures LLC ,Cannot indeed provide such records in the United States Court System requesting the right to collect this information then they or their representatives are too guilty of entering an illegal site and their records must be brought before the courts to show they in fact or their representatives were too on these sites with no legal protocol,   This will in fact nullify and or open lawsuits for all actions Voltage Pictures ,LLC, has taken against any person they cannot produce these records for ,Which I will assume open a class action suit of everyone they ever brought before the courts for the cost and damages to the names of said individuals,

I wait an answer form Voltage Pictures LLC as proof they indeed have these Court Orders allowing them to comb sites for their movies collecting personal information to use in a court of law.

Janet L. Armstrong has seen and signed this action request as the account holder with Comcast services.

Respectfully,

EDDY J. H OMER

Signature

Janet L. Armstrong

Signature

5-6-2013

Page 5 of 5